UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA RECASNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-2220** |
| **ROBERT TANNER, WARDEN** | **SECTION: "J"(3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby **OVERRULES** Recasner's objection and approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion herein. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Joshua Recasner is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of June, 2018.

**UNITED STATES DISTRICT JUDGE**